**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KEYON MONTEZ BUTLER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:19-CV-821-SLB-SMD** |
| | ) | **(WO)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On August 17, 2022, the Magistrate Judge entered a Recommendation that Petitioner Keyon Montez Butler's 28 U.S.C. § 2255 Motion be denied and that this case be dismissed with prejudice. (Doc. 24.) Although granted an extension to do so (Doc. 28), Butler has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is **ORDERED** as follows:

1.  The Magistrate Judge's Recommendation (Doc. 24) is **ADOPTED**.

2.  Butler's 28 U.S.C. § 2255 Motion (Doc. 1) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

A separate final judgment will be entered.

**DONE,** this 31st day of January, 2023.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE